| People v Goodson | 4th Dept: 144 AD3d 1515 (Genesee) | denied 3/13/17 (Rivera, J.) |
|---|---|---|
| People v Guadalupe | App Div, 2d Dept: 2016 NY Slip Op 88670(U) (Orange) | dismissed 3/31/17 (Fahey, J.) |
| People v Gutierrez | App Div, 1st Dept: 2016 NY Slip Op 89383(U) (NY) | denied 3/29/17 (Stein, J.) |
| People v Guzman | 1st Dept: 146 AD3d 450 (NY) | denied 3/27/17 (DiFiore, Ch. J.) |
| People v Guzman-Moore | 3d Dept: 144 AD3d 1267 (Albany) | denied 3/21/17 (Garcia, J.) |
| People v Hall | 2d Dept: 145 AD3d 915 (Kings) | denied 3/14/17 (Fahey, J.) |
| People v Harris | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 153(A) (Kings) | granted 3/13/17 (Fahey, J.) |
| People v Hazel | 2d Dept: 145 AD3d 797 (Westchester) | denied 3/3/17 (Stein, J.) |
| People v Hernandezgonza | 1st Dept: 145 AD3d 572 (NY) | denied 3/2/17 (Fahey, J.) |
| People v Herring | 4th Dept: 147 AD3d 1345 (Monroe) | denied 3/29/17 (Garcia, J.) |
| People v Hilkert | 4th Dept: 145 AD3d 1609 (Yates) | denied 3/29/17 (Garcia, J.) |
| People v Hizbullah | App Div, 2d Dept: 2016 NY Slip Op 95323(U) (Kings) | dismissed 3/16/17 (Stein, J.) |
| People v Holmes | 1st Dept: 145 AD3d 641 (Bronx) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Houghtaling | 4th Dept: 144 AD3d 1591 (Livingston) | denied 3/13/17 (Rivera, J.) |
| People v Hunt | 1st Dept: 145 AD3d 550 (NY) | denied 3/14/17 (Fahey, J.) |
| People v Jackson (Brandon) | 4th Dept: 145 AD3d 1658 (Erie) | denied 3/27/17 (Stein, J.) |
| People v Jackson (Takieme) | 4th Dept: 145 AD3d 1564 (Onondaga) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v James | 1st Dept: 146 AD3d 574 (Bronx) | denied 3/31/17 (Fahey, J.) |
| People v Jarama | 2d Dept: 145 AD3d 1034 (Kings) | denied 3/14/17 (Fahey, J.) |
| People v Johnson | 3d Dept: 145 AD3d 1109 (Broome) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Joseph | 2d Dept: 145 AD3d 916 (Kings) | denied 3/27/17 (Stein, J.) |
| People v Kasanova | 2d Dept: 142 AD3d 1180 (Dutchess) | denied 3/22/17 (Stein, J.) |
| People v Katsafaros | 3d Dept: 145 AD3d 1343 (Columbia) | denied 3/30/17 (Rivera, J.) |
| People v Kelly | 4th Dept: 145 AD3d 1431 (Cayuga) | denied 3/2/17 (Rivera, J.) |